JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TURNER, | Case No. CV 24-5507-MRA(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 25, 2025.

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE